No. 87–6726.  BLYDEN *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 87–6749.  MANNING *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 87–6759.  GRAVES *v.* BROWN.  C. A. 8th Cir.  Certiorari denied.

No. 87–6762.  GRIBBLE *v.* OHIO ET AL.  Ct. App. Ohio, Tuscarawas County.  Certiorari denied.

No. 87–6771.  OLSEN *v.* VILLAGE OF FOX LAKE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–6784.  SIMDRAM *v.* MARYLAND.  Cir. Ct. Frederick County, Md.  Certiorari denied.

No. 87–6788.  THIBEAUX *v.* TEXAS.  Ct. App. Tex., 1st Dist. Certiorari denied.

No. 87–6792.  ZIEGLER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 87–6795.  CZEMARMACZOWICZ *v.* COWLES TOOL CO.  C. A. 6th Cir.  Certiorari denied.

No. 87–6798.  HEWLETT *v.* OWENS ET AL.  C. A. 3d Cir. Certiorari denied.

No. 87–6799.  LEMONS *v.* CLARY, SHERIFF OF FORT BEND COUNTY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–6801.  DAWNS *v.* CANON U. S. A., INC.  C. A. 5th Cir. Certiorari denied.

No. 87–6816.  MAY *v.* PRO-GUARD, INC.  C. A. 6th Cir.  Certiorari denied.

No. 87–6843.  JOHNSON *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 11th Cir.  Certiorari denied.

No. 87–6874.  GIBSON *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.